# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MITCHELL, | ) | CASE NO.  1:20 CV 430 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | Magistrate Judge Kathleen B. Burke |
| | ) | |
| Defendant. | ) | **MEMORANDUM OPINION** |

This matter is before the Court on the Report and Recommendation of Magistrate Judge Kathleen B. Burke (Docket #14), recommending that the Commissioner of Social Security's final determination, denying Plaintiff, Timothy Mitchell's application for Supplemental Security Income ("SSI"), be affirmed.  Objections to the Report and Recommendation were due by January 29, 2021.  No objections were filed.

**Standard of Review for a Magistrate Judge's Report and Recommendation**

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report.  When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED. R. CIV. P. 72(b) states:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

The text of Rule 72(b) addresses only the review of reports to which objections have been made; it does not indicate the appropriate standard of review for those reports to which no objections have been properly made. The Advisory Committee on Civil Rules commented on a district court's review of *unopposed* reports by magistrate judges. In regard to subsection (b) of Rule 72, the advisory committee stated: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted).

The U.S. Supreme Court stated in *Thomas v. Arn*, 474 U.S. 140, 150 (1985): "It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."

## Conclusion

The Court has carefully reviewed the Report and Recommendation and agrees with Magistrate Judge Burke's well-written and thorough analysis, and the findings set forth therein.

The Report and Recommendation of Magistrate Judge Kathleen B. Burke (Docket #14) is hereby ADOPTED.

The Commissioner's decision, denying Mr. Mitchell's Application for Supplemental Security Income, is hereby AFFIRMED.

This case is hereby TERMINATED.

-2-

IT IS SO ORDERED.

_Donald C. Nugent_
DONALD C. NUGENT
Senior United States District Judge

DATED: _March 25, 2021_